UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
Joshua Matthew Woodling | Bankruptcy No.22-13015-PMM
Debtor |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 6th day of March, 2023, by first class mail upon those listed below:

Joshua Matthew Woodling
901 South Temple Blvd
Temple, PA  19560

**Electronically via CM/ECF System Only:**

DAVID W TIDD ESQ
656 EBERSOLE ROAD
READING, PA  19605

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee