| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-13015-PMM**

Joshua Matthew Woodling
901 South Temple Blvd
Temple  PA    19560

Petition Filed Date: 11/09/2022
341 Hearing Date: 01/10/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/05/2022 | $400.00 | | 01/03/2023 | $400.00 | | 01/04/2023 | $210.00 | |
| 01/18/2023 | $210.00 | | 01/23/2023 | $220.00 | | 01/27/2023 | $220.00 | |
| 02/03/2023 | $220.00 | | 02/10/2023 | $220.00 | | 02/21/2023 | $220.00 | |
| 02/27/2023 | $220.00 | | 03/10/2023 | $225.00 | | 03/20/2023 | $225.00 | |
| 03/24/2023 | $225.00 | | 03/31/2023 | $225.00 | | 04/07/2023 | $225.00 | |
| 04/14/2023 | $225.00 | | 04/24/2023 | $225.00 | | 04/28/2023 | $225.00 | |
| 05/05/2023 | $225.00 | | 05/12/2023 | $225.00 | | 05/19/2023 | $225.00 | |
| 05/26/2023 | $225.00 | | 06/05/2023 | $225.00 | | 06/09/2023 | $225.00 | |
| 06/16/2023 | $225.00 | | 06/30/2023 | $230.00 | | 07/06/2023 | $225.00 | |
| 07/14/2023 | $225.00 | | 07/24/2023 | $225.00 | | 07/28/2023 | $225.00 | |

**Total Receipts for the Period:  $7,045.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,270.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $1,729.16 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $114.80 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $8,153.43 | $0.00 | $0.00 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $60.00 | $0.00 | $0.00 |
| 5 | ALLIED FIRST BANK SB DBA SERVBANK<br>»» 005 | Mortgage Arrears | $58,559.38 | $0.00 | $0.00 |
| 6 | UHG I LLC<br>»» 006 | Unsecured Creditors | $1,402.18 | $0.00 | $0.00 |

Chapter 13 Case No. 22-13015-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,270.00 | Current Monthly Payment: | $885.00 |
| Paid to Claims: | $0.00 | Arrearages: | $695.00 |
| Paid to Trustee: | $619.90 | Total Plan Base: | $53,100.00 |
| Funds on Hand: | $6,650.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.