UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re. Joshua Matthew Woodling,  :
                  Debtor,  :  Chapter 13
                                  :
                                  :  22-13015-PMM

## AFFIDAVIT

    I certify that I am Debtor's father and that I contribute $715.00 per month towards his expenses and Chapter 13 payment.


November 2, 2023                                                      /s/ Grant Woodling
                                                                             Grant Woodling