United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                 Case No. 22-13015-pmm

Joshua Matthew Woodling                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 30, 2023 | Form ID: 155 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Matthew Woodling, 901 South Temple Blvd, Temple, PA 19560-1952 |
| 14740161 | + | Amber Woodling, 713 Reserve Way, Apt. 713, Temple, PA 19560-9213 |
| 14740163 | + | Iserve Res Len Llc, Po Box 77404, Ewing, NJ 08628-6404 |
| 14736659 | + | The Money Source Inc., c/o POWERS KIRN, LLC, Attorneys for The Money Source Inc., 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14742194 | | Email/Text: bnc@atlasacq.com | Dec 01 2023 00:33:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14740160 | + | Email/Text: backoffice@affirm.com | Dec 01 2023 00:34:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14773792 | + | Email/Text: BK@servicingdivision.com | Dec 01 2023 00:33:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14734875 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 01 2023 00:33:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14740162 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 01 2023 00:33:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14740683 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 01 2023 00:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14740164 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 01 2023 00:34:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14735678 | | Email/Text: bnc-quantum@quantum3group.com | Dec 01 2023 00:34:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14735582 | | Email/Text: bnc-quantum@quantum3group.com | Dec 01 2023 00:34:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14734797 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 00:39:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14742070 | ^ | MEBN | Dec 01 2023 00:28:25 | THE MONEY SOURCE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14745013 | + | Email/Text: BK@servicingdivision.com | Dec 01 2023 00:33:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14740165 | + | Email/Text: BK@servicingdivision.com | | |

District/off: 0313-4                          User: admin                                        Page 2 of 2
Date Rcvd: Nov 30, 2023                       Form ID: 155                                  Total Noticed: 18

| | | Dec 01 2023 00:33:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
|---|---|---|---|
| 14740166 | + Email/Text: LCI@upstart.com | Dec 01 2023 00:33:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14747218 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2023                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID W. TIDD | on behalf of Debtor Joshua Matthew Woodling bankruptcy@davidtiddlaw.com  lesliebrown.paralegal@gmail.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor The Money Source Inc. bankruptcy@powerskirn.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor The Money Source Inc. mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Joshua Matthew Woodling

         Debtor(s)

Chapter: 13

Bankruptcy No: 22−13015−pmm

_____

### ***ORDER CONFIRMING PLAN UNDER CHAPTER 13***

AND NOW, this November 30, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge, United States Bankruptcy Court

48
Form 155