| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-13015-PMM**

Joshua Matthew Woodling
901 South Temple Blvd
Temple  PA    19560

Petition Filed Date: 11/09/2022
341 Hearing Date: 01/10/2023
Confirmation Date: 11/30/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $225.00 | | 08/11/2023 | $225.00 | | 08/21/2023 | $225.00 | |
| 08/25/2023 | $225.00 | | 09/01/2023 | $225.00 | | 09/11/2023 | $225.00 | |
| 09/19/2023 | $225.00 | | 09/29/2023 | $235.00 | | 10/06/2023 | $230.00 | |
| 10/19/2023 | $250.00 | | 10/27/2023 | $225.00 | | 11/03/2023 | $225.00 | |
| 11/13/2023 | $225.00 | | 11/21/2023 | $225.00 | | 11/27/2023 | $225.00 | |
| 12/01/2023 | $225.00 | | 12/07/2023 | $581.00 | | 12/15/2023 | $315.00 | |
| 01/02/2024 | $315.00 | | 01/08/2024 | $315.00 | | 01/09/2024 | $315.00 | |
| 01/12/2024 | $315.00 | | 01/22/2024 | $315.00 | | 01/26/2024 | $315.00 | |
| 02/02/2024 | $315.00 | | 02/09/2024 | $315.00 | | 02/16/2024 | $315.00 | |
| 03/05/2024 | $314.00 | | 03/08/2024 | $315.00 | | 03/15/2024 | $315.00 | |
| 03/22/2024 | $315.00 | | 04/01/2024 | $315.00 | | 04/05/2024 | $315.00 | |
| 04/12/2024 | $315.00 | | 04/19/2024 | $315.00 | | 04/26/2024 | $315.00 | |
| 05/20/2024 | $315.00 | | 06/03/2024 | $945.00 | | 06/18/2024 | $315.00 | |
| 06/24/2024 | $315.00 | | 06/28/2024 | $315.00 | | 07/26/2024 | $1,256.00 | |

**Total Receipts for the Period: $13,666.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,711.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $1,729.16 | $538.14 | $1,191.02 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $114.80 | $0.00 | $114.80 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $8,153.43 | $0.00 | $8,153.43 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $60.00 | $0.00 | $60.00 |
| 5 | SERVBANK SB<br>»» 005 | Mortgage Arrears | $58,559.38 | $18,224.71 | $40,334.67 |
| 6 | UHG I LLC<br>»» 006 | Unsecured Creditors | $1,402.18 | $0.00 | $1,402.18 |
| 7 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13015-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,711.00 | Current Monthly Payment: | $1,256.00 |
| Paid to Claims: | $18,762.85 | Arrearages: | $1,184.00 |
| Paid to Trustee: | $1,948.15 | Total Plan Base: | $70,879.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.