Bankruptcy NO. 22-13015-PMM

To Honorable Patricia Mayer

I would like to attend the hearing on Thursday, February 13, 2025, to express my views on the matter of this motion regarding my Bankruptcy NO. 22-13015-PMM.

I feel by the end of February if not sooner I can have all payments caught up.

Thank you for your time

*[signature]*

Joshua Woodling

JAN 30 2025