IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 22-13015-pmm |
|---|---|
| JOSHUA MATTHEW WOODLING<br>  Debtor,<br><br>SERVBANK, SB<br>  Movant,<br><br> v.<br><br>JOSHUA MATTHEW WOODLING, and<br>SCOTT F. WATERMAN, Trustee,<br>  Respondents. | Chapter 13 |

## CERTIFICATE OF SERVICE

 I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on February 19, 2025, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| Joshua Matthew Woodling<br>901 South Temple Blvd<br>Temple, PA 19560 | DAVID W. TIDD<br>David W. Tidd, Esquire<br>200 Spring Ridge Drive<br>Suite 100<br>Wyomissing, PA 19610 |
|---|---|

Service Via Electronic Notification

| SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Office of the U.S. Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |
|---|---|

             By: /s/ Keri P. Ebeck
             Keri P. Ebeck, Esq.
             PA I.D. # 91298
             kebeck@bernsteinlaw.com
             601 Grant Street, 9th Floor
             Pittsburgh, PA 15219
             Phone - (412) 456-8112
             Fax - (412) 456-8135