UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re. Joshua Matthew Woodling, | : | No. 22-13015-pmm |
| | : | |
| Debtor. | : | |
| SERVBANK, SB, | : | Chapter 13 |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| Joshua Matthew Woodling, and | : | |
| Scott F. Waterman, Trustee, | : | |
| | : | |
| Respondents. | : | |

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied.

9. Denied.

10. Denied.

11. Admitted.

12. Denied.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's request for relief from the automatic stay.

                                                               Respectfully submitted,

March 9, 2025                                        /s/ David W. Tidd
                                                              David W. Tidd, Esquire
                                                              200 Spring Ridge Drive
                                                              Suite 200
                                                              Wyomissing, PA 19610
                                                              Phone: 610-838-8700
                                                              Fax:    610-743-8676
                                                             Email: bankruptcy@davidtiddlaw.com