IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Joshua Matthew Woodling,** | : | |
| Debtor. | : | Case No. 22-13015 (PMM) |

## ORDER DENYING MOTION

**AND NOW**, upon consideration of the Motion for Relief filed by Servbank, SB (doc. #60, the "Motion");

AND a hearing with regard to the Motion having been held on March 18, 2025;

AND counsel for the movant having failed to appear at the hearing in order to prosecute the Motion;

It is therefore hereby **ordered** that the Motion is **denied**.

Dated: 3/18/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge