BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re. Joshua Matthew Woodling,       :       22-13015
                                      :
Debtor.                               :       Chapter 13

ORDER ON MOTION TO MODIFY
CHAPTER 13 PLAN POST CONFIRMATION

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 69, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 68) is approved.

Date:    5/29/25                        _____
                                        Patricia M. Mayer
                                        United States Bankruptcy Judge