IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSHUA MATTHEW WOODLING<br>        Debtor,<br><br><br>SERVBANK, SB<br>          Movant,<br><br>   v.<br><br>JOSHUA MATTHEW WOODLING, and<br>SCOTT F. WATERMAN, Trustee,<br>          Respondents. | Bankruptcy No. 22-13015-pmm<br><br>Chapter 13 |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Servbank, SB has filed a Motion for Relief from the Automatic Stay with the Court to lift the automatic stay regarding the property located at: 901 South Temple Boulevard, Temple, Pennsylvania 19560.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before  *June 12, 2025,* you or your attorney must do **all** of the following:

   (a)  file an answer explaining your position at:

   Clerk, U.S. Bankruptcy Court
   Eastern District of Pennsylvania
   The Gateway Building
   201 Penn Street, Suite 103
   Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)  mail a copy to the movant's attorneys:

           Keri P. Ebeck, Esquire
           Bernstein-Burkley, P.C.
           601 Grant Street, 9th Floor
           Pittsburgh, PA  15219

    2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.  A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on  **_June 24, 2025 at 10:00 a.m.,_** Courtroom 4th Floor, United States Bankruptcy Court, The Gateway Building 201 Penn Street, Suite 103, Reading, PA 19601.

    4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

           Respectfully submitted,

           BERNSTEIN-BURKLEY, P.C.

           By: /s/ Keri P. Ebeck
           Keri P. Ebeck, Esq.
           PA I.D. # 91298
           kebeck@bernsteinlaw.com
           601 Grant Street, 9th Floor
           Pittsburgh, PA 15219
           Phone (412) 456-8112
           Fax: (412) 456-8135

Dated:  April 30, 2025