UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re. Joshua Matthew Woodling, | : | No. 22-13015-PMM |
| | : | |
| Debtor. | : | Chapter 13 |

CERTIFICATE OF NO RESPONSE

I certify that I have not received an answer, objection, or any other form of response in opposition to Debtors' Motion to Modify their Chapter 13 Plan Post Confirmation which is scheduled to be heard on Thursday, August 21, 2025.


Date: August 20, 2025                                  /s/ David W. Tidd
                                                       David W. Tidd, Esq.