BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re. Joshua Matthew Woodling, | : | 22-13015 |
| | : | |
| Debtor. | : | Chapter 13 |

PROPOSED ORDER ON MOTION TO MODIFY
CHAPTER 13 PLAN POST CONFIRMATION

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 80, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 79) is approved.

Date:   8/21/25

_____
Patricia M. Mayer
United States Bankruptcy Judge