IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 22-13015-pmm |
|---|---|
| JOSHUA MATTHEW WOODLING<br>          Debtor,<br><br>SERVBANK, N.A.<br>          Movant,<br><br>          v.<br><br>JOSHUA MATTHEW WOODLING, and<br>SCOTT F. WATERMAN, Trustee,<br>          Respondents. | Chapter 13 |

**PRAECIPE TO RELIST HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, comes Movant, ServBank, N.A., formally known as ServBank, SB (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this *Praecipe to Relist Hearing the Motion for Relief from the Automatic Stay* (the "Praecipe"), stating as follows:

1.      On May 29, 2025, Movant filed a Motion for Relief from the Automatic Stay at Docket No. 74.

2.      On May 29, 2025, a Hearing was set on the Motion for Relief from the Automatic Stay. The Hearing was scheduled for June 24, 2025, and later continued to July 22, 2025.

3.      On July 22, 2025, the matter was marked as settled and a stipulation to resolve Motion for Relief from the Automatic Stay was to be filed.

RELIEF REQUESTED

4.      Movant now requests that this Honorable Court relist the hearing on the Motion for Relief from the Automatic Stay for September 23, 2025, at 10:00 a.m.

                                                    Respectfully submitted,

                                                    BERNSTEIN-BURKLEY, P.C.

                                                    By: <u>/s/ Keri P. Ebeck</u>
                                                    Keri P. Ebeck, Esq.
                                                    PA I.D. #91298
                                                    kebeck@bernsteinlaw.com
                                                    601 Grant Street, 9th Floor
                                                    Pittsburgh, PA 15219
                                                    Phone (412) 456-8112
                                                    Fax: (412) 456-8135

                                                    *Counsel for ServBank, N.A., formally known as ServBank, SB*

Dated: August 24, 2025