IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSHUA MATTHEW WOODLING<br>　　　　Debtor,<br><br>SERVBANK, N.A.<br>　　　　Movant,<br><br>　　v.<br><br>JOSHUA MATTHEW WOODLING, and<br>SCOTT F. WATERMAN, Trustee,<br>　　　　Respondents. | Bankruptcy No. 22-13015-pmm<br><br><br>Chapter 13 |

## NOTICE OF HEARING DATE

ServBank, N.A., formally known as ServBank, SB has filed a Praecipe to Relist Hearing on the Motion for Relief from the Automatic Stay filed on May 29, 2025, at Docket No. 74.

A hearing on the Motion for Relief from Automatic Stay is scheduled to be held before the Honorable Patricia M. Mayer on **September 23, 2025, at 10:00 a.m.** in 4th **Courtroom**, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Suite 103 Reading, PA 19601.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112

*Counsel for ServBank, N.A., formally known as ServBank, SB*