IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSHUA MATTHEW WOODLING<br>      Debtor,<br><br>SERVBANK, N.A.<br>        Movant,<br><br>    v.<br><br>JOSHUA MATTHEW WOODLING, and<br>SCOTT F. WATERMAN, Trustee,<br>      Respondents. | Bankruptcy No.  22-13015-pmm<br><br><br>Chapter 13 |

CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that August 24, 2025, I served a copy of the Praecipe To Relist Hearing On The Motion For Relief From The Automatic Stay by electronic mail at the following addresses and service by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| **Joshua Matthew Woodling**<br>901 South Temple Blvd<br>Temple, PA 19560 | **DAVID W. TIDD**<br>**David W. Tidd, Esquire**<br>200 Spring Ridge Drive<br>Suite 100<br>Wyomissing, PA 19610 |
| Service Via Electronic Notification | |
| **SCOTT F. WATERMAN [Chapter 13]**<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135