Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-13015-PMM

Joshua Matthew Woodling
901 South Temple Blvd
Temple  PA    19560

Petition Filed Date: 11/09/2022
341 Hearing Date: 01/10/2023
Confirmation Date: 11/30/2023

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/24/2024 | $300.00 | | 09/30/2024 | $315.00 | | 10/07/2024 | $315.00 | |
| 10/15/2024 | $315.00 | | 10/22/2024 | $315.00 | | 10/28/2024 | $315.00 | |
| 11/04/2024 | $315.00 | | 11/20/2024 | $315.00 | | 11/25/2024 | $315.00 | |
| 12/03/2024 | $315.00 | | 12/09/2024 | $315.00 | | 01/17/2025 | $317.00 | |
| 02/27/2025 | $1,406.00 | | 03/27/2025 | $1,406.00 | | 06/06/2025 | $1,406.00 | |

**Total Receipts for the Period: $7,985.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $30,156.50**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $1,729.16 | $709.68 | $1,019.48 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $114.80 | $0.00 | $114.80 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $8,153.43 | $0.00 | $8,153.43 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,500.00 | $0.00 | $3,500.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $60.00 | $0.00 | $60.00 |
| 5 | SERVBANK SB<br>»» 005 | Mortgage Arrears | $58,559.38 | $24,033.91 | $34,525.47 |
| 6 | UHG I LLC<br>»» 006 | Unsecured Creditors | $1,402.18 | $0.00 | $1,402.18 |
| 7 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13015-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,156.50 | Current Monthly Payment: | $1,406.01 |
| Paid to Claims: | $24,743.59 | Arrearages: | $2,757.54 |
| Paid to Trustee: | $2,704.07 | Total Plan Base: | $70,876.31 |
| Funds on Hand: | $2,708.84 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.