IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSHUA MATTHEW WOODLING<br>      Debtor,<br><br>SERVBANK, N.A.<br>      Movant,<br><br>    v.<br><br>JOSHUA MATTHEW WOODLING, and<br>SCOTT F. WATERMAN, Trustee,<br>      Respondents. | Bankruptcy No. 22-13015-pmm<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this **3rd** day of **October**, 2025, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge