# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Joshua Matthew Woodling

Debtor(s)

Case No.:  22-13015 PMM

Chapter 13

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Lakeview Loan Servicing, LLC in relation to a claim secured by real property commonly known as 901 South Temple Boulevard, Temple, PA  19560 and identified by account number *******3412.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for Lakeview Loan Servicing, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
bankruptcy@powerskirn.com

Dated:  March 12, 2026

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Joshua Matthew Woodling<br><br>                             Debtor(s) | Case No.:  22-13015 PMM<br><br>Chapter 13 |

**CERTIFICATION OF SERVICE
OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on March 12, 2026.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<u>Parties served via Electronic Notification:</u>

Scott F. Waterman
2901 St. Lawrence Avenue, Suite 100
Reading PA  19606
info@ReadingCh13.com
Trustee

David W. Tidd, Esquire
200 Spring Ridge Drive
Suite 100
Wyomissing PA  19610
bankruptcy@davidtiddlaw.com
Attorney for Debtor/Debtors

<u>Parties served via First-Class Mail:</u>

Joshua Matthew Woodling
901 South Temple Boulevard
Temple PA  19560
Debtor

Dated:  March 12, 2026

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant