# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Joshua Matthew Woodling<br><br>Debtor(s) | Chapter 13<br><br>Case No. 22-13015 PMM |
| Lakeview Loan Servicing, LLC<br>Movant<br>v.<br><br>Joshua Matthew Woodling<br>Grant Woodling and Samantha Woodling, Non-Filing Co-Debtors<br><br>and<br><br>Scott F. Waterman, Trustee<br>Respondents | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND IN-PERSON HEARING DATE

Lakeview Loan Servicing, LLC has filed a motion for relief from the automatic stay with the court to permit Movant to foreclose on 901 South Temple Boulevard, Temple, PA 19560.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before, September 1, 2026, you or your attorney must file a response to the Motion. *(see Instructions on next page).*

3. A hearing on the Motion is scheduled to be held on September 15, 2026, at 10:00 a.m. in Courtroom, 4th Floor, United States Bankruptcy Court, 210 Penn Street, Reading, PA 19601. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule9076-1.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at

   United States Bankruptcy Clerk, United States Bankruptcy Court, 210 Penn Street, 4th Floor, Reading, PA 19601.

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Powers Kirn, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053

/s/ Harry B. Reese, Esquire

Dated: August 17, 2026

POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire ; ID 63252
Harry B. Reese, Esquire; ID 310501
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
Email: bankruptcy@powerskirn.com
Attorney for Movant