Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Joshua Matthew Woodling
901 South Temple Blvd
Temple, PA 19560

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 22-13015-PMM**

Petition Filed Date: 11/09/2022
341 Hearing Date: 01/10/2023
Confirmation Date: 11/30/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2025 | $1,460.50 | | 09/09/2025 | $2,754.00 | | 09/29/2025 | $1,454.50 | |
| 11/07/2025 | $1,454.00 | | 12/08/2025 | $1,455.00 | | 01/08/2026 | $1,454.00 | |
| 02/13/2026 | $1,454.00 | | 03/13/2026 | $1,454.50 | | 04/10/2026 | $1,454.50 | |
| 05/12/2026 | $1,454.50 | | 05/28/2026 | $1,454.50 | | 07/06/2026 | $1,454.50 | |
| 07/27/2026 | $1,454.50 | | | | | | | |

**Total Receipts for the Period: $20,213.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $48,909.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $1,729.16 | $1,186.07 | $543.09 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $114.80 | $0.00 | $114.80 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $8,153.43 | $0.00 | $8,153.43 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $60.00 | $0.00 | $60.00 |
| 5 | LOANCARE LLC<br>»» 005 | Mortgage Arrears | $58,559.38 | $40,167.47 | $18,391.91 |
| 6 | UHG I LLC<br>»» 006 | Unsecured Creditors | $1,402.18 | $0.00 | $1,402.18 |
| 7 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $48,909.00 | Current Monthly Payment: | $1,454.50 |
| Paid to Claims: | $44,853.54 | Arrearages: | $150.00 |
| Paid to Trustee: | $4,055.46 | Total Plan Base: | $70,876.50 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.