# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Joshua Matthew Woodling<br><br>Debtor(s) | Chapter 13<br><br>Case No. 22-13015 PMM |
| Lakeview Loan Servicing, LLC<br>Movant<br>v.<br><br>Joshua Matthew Woodling<br>Grant Woodling and Samantha Woodling, Non-Filing Co-Debtors<br><br>and<br><br>Scott F. Waterman, Trustee<br>Respondents | |

**ORDER GRANTING STAY RELIEF AS TO PROPERTY LOCATED AT 901 SOUTH TEMPLE BOULEVARD, TEMPLE, PA 19560**

AND NOW, this 8th day of September , 2026, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. §1301 are hereby modified to permit, Lakeview Loan Servicing, LLC and/or its successors and assigns to proceed with foreclosure of the property located at 901 South Temple Boulevard, Temple, PA 19560, and obtain all other relief available under the non-bankruptcy law including, but not limited to the initiation and/or continuation of foreclosure through sheriff sale of the property and ejectment.

It is further ORDERED that Bankruptcy Rule 4001(a)(4) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under non-bankruptcy law.

It is further ORDERED that relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1.

Patricia M. Mayer

Hon. Patricia M. Mayer
United States Bankruptcy Judge