United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-13015-pmm

Joshua Matthew Woodling Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 2

Date Rcvd: Sep 08, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Matthew Woodling, 901 South Temple Blvd, Temple, PA 19560-1952 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID W. TIDD | on behalf of Debtor Joshua Matthew Woodling bankruptcy@davidtiddlaw.com Tidd.DavidB137890@notify.bestcase.com |
| HARRY B. REESE | on behalf of Creditor Lakeview Loan Servicing LLC bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor Lakeview Loan Servicing LLC bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor The Money Source Inc. bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor Lakeview Loan Servicing LLC Kvelter@duanemorris.com, bankruptcy@powerskirn.com |
| KERI P EBECK | on behalf of Creditor Servbank N.A. kebeck@metzlewis.com, |

btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KERI P EBECK
on behalf of Creditor Servbank SB kebeck@metzlewis.com,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MATTHEW K. FISSEL
on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Joshua Matthew Woodling<br><br>Debtor(s) | Chapter 13<br><br>Case No. 22-13015 PMM |
| Lakeview Loan Servicing, LLC<br>Movant<br>v.<br><br>Joshua Matthew Woodling<br>Grant Woodling and Samantha Woodling, Non-Filing Co-Debtors<br><br>and<br><br>Scott F. Waterman, Trustee<br>Respondents | |

**ORDER GRANTING STAY RELIEF AS TO PROPERTY LOCATED AT 901 SOUTH TEMPLE BOULEVARD, TEMPLE, PA 19560**

AND NOW, this 8th day of September , 2026, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. §1301 are hereby modified to permit, Lakeview Loan Servicing, LLC and/or its successors and assigns to proceed with foreclosure of the property located at 901 South Temple Boulevard, Temple, PA 19560, and obtain all other relief available under the non-bankruptcy law including, but not limited to the initiation and/or continuation of foreclosure through sheriff sale of the property and ejectment.

It is further ORDERED that Bankruptcy Rule 4001(a)(4) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under non-bankruptcy law.

It is further ORDERED that relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1.

Patricia M. Mayer

Hon. Patricia M. Mayer
United States Bankruptcy Judge